UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -v-                                     01-CV-719S

2000 TOYOTA TACOMA AUTOMOBILE,
ONE VEHICLE IDENTIFICATION NUMBER
4TAWM72N4YZ631871,

                         Defendant

_____

## ORDER FOR INTERLOCUTORY SALE

     This matter having come before this Court on motion of the Plaintiff for an Interlocutory Sale of a motor vehicle, and, after hearing argument on the Plaintiff's motion; after due deliberation; and for good cause, it is hereby

     **ORDERED**, that the Plaintiff's Motion for Interlocutory Sale of one 2000 Toyota Tacoma automobile, Vehicle Identification Number 4TAWM72N4YZ631871 is hereby granted pursuant to Rule G(7)(b)(i)(A) and (D) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Title 19, United States Code, Section 1612(a) and Title 18, United States Code, Section 983(j); and it is further

**ORDERED,** that the United States Marshals Service shall sell the 2000 Toyota Tacoma automobile to a third party purchaser for value in an economically feasible manner pursuant to Rule G(7)(b)(ii) and (iii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions; and it is further

**ORDERED,** that the Plaintiff make a written report to the Court upon the completion of the Interlocutory Sale.

**DATED:**     Buffalo, New York, December 7, 2007.


**SO ORDERED:**


                              /s/William M. Skretny
                              HONORABLE WILLIAM M. SKRETNY
                              UNITED STATES DISTRICT COURT JUDGE